FILED

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0545

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0545

| | |
|---|---|
| LINDSAY B. GOUDREAU,<br><br>          Petitioner and Appellee,<br><br>v.<br><br>JEFFREY A. GOUDREAU,<br><br>          Respondent and Appellant. | **ORDER GRANTING EXTENSION** |

Appellant Jeffrey A. Goudreau has moved for a second extension of time to file his opening brief. Appellee Lindsay B. Goudreau has filed an objection to Appellant's motion. Having considered Appellant's motion and Appellee's objection, and good cause appearing,

IT IS ORDERED that Appellant is granted an extension of time up to and including February 6, 2023, to prepare, serve, and file his opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2022